## Reinoehl's Estate.

*Decedents' estates—Advancement—Parent and child.*

An advancement by a parent to a child is always a question of intention to be determined by what took place at the time, and in the absence of evidence as to this by the attending circumstances.

Where an auditor finds both from the declarations of a parent made at the time and from the surrounding circumstances that an advancement and not a gift or loan was intended, such finding, when approved by the court below, will not be reversed except for manifest error.

Argued Feb. 14, 1905. Appeal, No. 246, Jan. T., 1904, by Emma M. Reinoehl, Executrix, from decree of O. C. Lebanon

Co., May T., 1903, No. 6, dismissing exceptions to auditor's report in Estate of George H. Reinoehl, deceased. Before DEAN, FELL, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

Exceptions to report of C. V. Henry, Esq., auditor.

*Errors assigned* were in dismissing exceptions to auditor's report.

*Ira Jewell Williams*, with him *James S. Alcorn* and *Simpson & Brown*, for appellant.

*F. E. Meily*, for appellee was not heard.

PER CURIAM, June 22, 1905 :

Advancement is always a question of intention to be determined by what took place at the time and, in the absence of evidence as to this, by the attendant circumstances. The auditor found both from the declarations of the parent made at the time and from the surrounding circumstances that an advancement and not a gift or loan was intended. This finding, approved by the court, we should not disturb unless convinced that it was plainly erroneous. We find nothing in the testimony that leads us to doubt its correctness.

The decree of the court is affirmed at the cost of the appellant.